UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMRT DEVECI, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAN FRANCISCO ASYLUM OFFICE, et al.,<br><br>        Defendants. | Case No. 25-cv-06407-SK<br><br>**ORDER GRANTING STIP TO TRANSFER VENUE**<br><br>Regarding Docket No. 10 |

Pursuant to the parties' stipulation, the Court HEREBY TRANSFERS this case to the Central District of California. The Court FURTHER ORDERS that Defendants' time to respond to the Complaint is CONTINUED to sixty days after this case is docketed with the Central District.

**IT IS SO ORDERED**.

Dated: November 18, 2025

                                            SALLIE KIM
                                            United States Magistrate Judge